# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Washington State Bank | Civil Action No. 6:11-0004 |
| versus | Judge Tucker L. Melançon |
| Turnage | Magistrate Judge Patrick J. Hanna |

## ORDER

In accordance with the Memorandum Ruling issued on this date, it is

**ORDERED** that Defendant's Motion For Transfer For Reference To Bankruptcy Court filed by defendant Benjamin O. Turnage [Rec. Doc. 12] is **GRANTED**.

Thus done and signed this 25th day of April, 2011 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE