**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:  O&G LEASING, LLC, | CASE NO. 10-01851-EE |
| DEBTOR. | CHAPTER 11 |
| WASHINGTON STATE BANK | PLAINTIFF(S) |
| v. | ADVERSARY PROC. NO. 11-00047-EE |
| BENJAMIN O. TURNAGE | DEFENDANT(S) |

PARTIES NOTICED:

| | |
|---|---|
| Joseph F. Durio, Esq. | Gary J. Russo, Esq. |
| Shawn Alexander Carter, Esq. | Carmen M. Rodriguez, Esq. |
| Steven G. Durio, Esq. | E. Stephen Williams, Esq. |
| Derek Henderson, Esq. | Robert E. Sanders, Esq. |
| Doug Noble, Esq. | Jim Spencer, Esq. |
| Robert L. Holladay, Jr., Esq. | Ron McAlpin, Asst. UST |

## NOTICE OF STATUS CONFERENCE

**YOU ARE HEREBY NOTIFIED** that there will be a **STATUS CONFERENCE** in regard to the above-styled adversary proceeding on **TUESDAY, JUNE 7, 2011, AT 1:30 P.M.,** or as soon thereafter as counsel may be heard, at the **United States Federal Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street,** Jackson, Mississippi.

Dated: May 16, 2011.

> **EDWARD ELLINGTON
> UNITED STATES BANKRUPTCY JUDGE**

Judge Ellington's Settlement Line: 601-608-4643
Judge Ellington's Chambers: 601-608-4670

**\*\*EFFECTIVE MONDAY, MAY 2, 2011**, THE JACKSON OFFICES OF THE UNITED STATES BANKRUPTCY COURT - SOUTHERN DISTRICT OF MISSISSIPPI, HAS RELOCATED TO THE NEW UNITED STATES FEDERAL COURTHOUSE LOCATED AT **501 EAST COURT STREET, JACKSON, MISSISSIPPI 39201.\*\***